36 So.2d 563

**JACK WEATHERS v. STATE.**

**8 Div. 655.**

Court of Appeals of Alabama.
May 25, 1948.

Application for Rehearing Stricken
June 15, 1948.

H. H. Hamilton, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.